USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/16/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE LOFFREDO,

                Plaintiff,

       -against-

WESTCHESTER COUNTRY CLUB ET AL,

                Defendants.

7:24-cv-9457

(NSR) ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court having been advised that the Parties have reached a resolution (*see* ECF No. 42), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within the next 30 days. The Parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

      The Clerk of Court is directed to terminate any pending deadlines and conferences.

Dated:    April 16, 2026
          White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge